**Abatement Order filed January 22, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00850-CV

---

### IN RE RICHARD PARKER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-13073**

---

## ABATEMENT ORDER

On October 22, 2014, relator Richard Parker filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to order his release from an allegedly void confinement in the Harris County Jail for contempt based on an order issued by the 247th District Court of Harris County. On October 30, 2014, this court granted relator temporary relief by issuing an interim writ of

habeas corpus and ordering relator released from confinement upon the posting of a bond, pending this court's consideration of his petition. *See* Tex. R. App. P. 52.8(b)(3), 52.10.

At the time relator filed his petition for writ of habeas corpus, the Honorable Bonnie Crane Hellums was serving in the capacity as presiding judge of the 247th District Court. Judge Hellums signed the order challenged by relator in his petition. However, Judge Hellums has since relinquished her position as presiding judge of the 247th District Court. The Honorable John Schmude is the current presiding judge of the 247th District Court. By rule, we must abate this original proceeding to permit respondent's successor to reconsider the order challenged in relator's petition. *See* Tex. R. App. P. 7.2(b); *cf. In re Schmitz*, 285 S.W.3d 451, 453 (Tex. 2009) (orig. proceeding) (holding that the proper respondent in mandamus proceeding challenging judicial orders "should generally be the judge who made the ruling").

Therefore, without expressing any opinion on the merits of relator's petition, we abate this proceeding, treat it as a closed case, and remove it from this court's active docket. This original proceeding will be reinstated on this court's active docket at such time when respondent's successor advises this court of the action taken upon reconsideration of the order challenged by relator. This court also will consider an appropriate motion filed by either party to reinstate or dismiss this original proceeding, as appropriate. The interim habeas relief granted by this court on October 30, 2014 shall remain in effect pending further order of this court.

We further direct relator to advise this court of the status of the underlying litigation every thirty (30) days from the date of this order until the trial court has

informed this court of the action taken upon reconsideration of the order challenged by relator.

It is so **ORDERED**.


PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.